1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. Mag. No. 06-133 GGH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| RONALD SANCHEZ, | ) | Date:  June 28, 2006 |
| | ) | Time:  2:00 p.m. |
| Defendant. | ) | Judge: Gregory G. Hollows |
| _____ | ) | |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of May 30, 2006 and set a preliminary hearing date of June 28, 2006 at 2:00 p.m..

Defense counsel and the government seek additional time to conduct investigation and to explore pre-indictment settlement.  Discussions following this further investigation will likely affect how the case is ultimately charged.

///

1    IT IS STIPULATED that the period from May 30, 2006 through June
2 28, 2006 be excluded in computing the time within which trial must
3 commence under the Speedy Trial Act, pursuant to  18 U.S.C. §
4 3161(h)(8)(B)(iv) and Local Code T4, for continuity and preparation of
5 counsel. The government fully concurs with this request.
6    Additionally on May 10, 2006 Mr. Sanchez was released on
7 $200,000.00 bond secured by his son's home.  The bail paperwork has
8 been completed and the equity available in the home is $188,000.00.
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The government has no objections to the bail amount being lowered
2 to meet the equity that is available.  The parties respectfully request
3 that it be ordered that the bail amount be modified from $200,000.00 to
4 $188,000.00.

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RONALD SANCHEZ

Dated: June 2, 2006

MCGREGOR SCOTT
United States Attorney


/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: 6/2/06                /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. Magistrate Judge

Stip and order\Sanchez, Ronald (Mag. No. 06-133)