```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Mag. No. 06-133 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| RONALD SANCHEZ, ) | Date: July 28, 2006 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Kimberly J. Mueller |
| _____ ) | |

   RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of June 28, 2006 and set a preliminary hearing date of July 28, 2006 at 2:00 p.m..

   Defense counsel and the government seek additional time to conduct investigation and to explore pre-indictment settlement.  Discussions following this further investigation will likely affect how the case is ultimately charged.

///

1   IT IS STIPULATED that the period from June 28, 2006 through July
2 28, 2006 be excluded in computing the time within which trial must
3 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
4 3161(h)(8)(B)(iv) and Local Code T4, for continuity and preparation of
5 counsel. The government fully concurs with this request.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RONALD SANCHEZ

Dated: June 29, 2006

MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: 6/29/06               /s/ Gregory G. Hollows
                             _____
                             U.S. Magistrate Judge

sanchez.ord2
Stip and order\Sanchez, Ronald (Mag. No. 06-133)