1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD SANCHEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) NO. Mag. No. 06-133 GGH
                                )
12             Plaintiff,       )        **Amended**
                                ) STIPULATION AND         ORDER
13     v.                       )
                                )
14 RONALD SANCHEZ,              ) Date:  August 25, 2006
                                ) Time:  2:00 p.m.
15             Defendant.       ) Judge: Dale A. Drozd
                                )
16 _____ )

17

18     RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant

19 Federal Defender, and the United States Government, by and through its

20 counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate

21 and agree to vacate the previously scheduled preliminary hearing date

22 of August 11, 2006 and set a preliminary hearing date of August 25,

23 2006 at 2:00 p.m..

24     A continuance is necessary to allow time to discuss the proposed

25 plea agreement with undersigned counsel.

26     IT IS STIPULATED that the period from August 11, 2006 through

27 August 25, 2006 be excluded in computing the time within which trial

28 must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

1  3161(h)(8)(B)(iv) and Local Code T4, for continuity and preparation of
2  counsel. The government fully concurs with this request.

					Respectfully submitted,

					DANIEL BRODERICK
					Federal Defender


					/s/ Caro Marks
					_____
					CARO MARKS
					Assistant Federal Defender
					Attorney for Defendant
					RONALD SANCHEZ

Dated: August 9, 2006

					MCGREGOR SCOTT
					United States Attorney


					/s/ Jason Hitt
					_____
					JASON HITT
					Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: 8/9/06

					_____
					U.S. Magistrate Judge

Stip and order\Sanchez, Ronald (Mag. No. 06-133)