```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RONALD SANCHEZ,<br><br>           Defendant.<br>_____ | NO. Mag. No. 06-133 GGH<br><br>STIPULATION AND ORDER<br><br>Date:  September 25, 2006<br>Time:  2:00 p.m.<br>Judge: Gregory G. Hollows |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of August 25, 2006 and set a preliminary hearing date of September 25, 2006 at 2:00 p.m..

A continuance is necessary to allow defense counsel time to locate and interview percipient witnesses to the offense. Specifically, certain witnesses possess information about Mr. Sanchez's alleged possession of a gun and or ammunition. Defense investigators have interviewed one witness. Another percipient witness was recently

released from custody and defense investigators need additional time to interview him and to continue to develop evidence which might mitigate Mr. Sanchez's custodial exposure at trial or sentencing.

IT IS STIPULATED that the period from the signing of this Order, 2006 through and including September 25, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: August 24, 2006

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RONALD SANCHEZ

Dated: August 30, 2006

MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: 8/30/06

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

sanchez133.ord-2

Stipulation & Order                    2