```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  NO. Mag. No. 06-133 GGH/KJM
                                  )
12              Plaintiff,        )  STIPULATION AND ORDER
                                  )
13       v.                       )
                                  )  Date:  October 31, 2006
14  RONALD SANCHEZ,               )  Time:  2:00 p.m.
                                  )  Judge: Kimberly J. Mueller
15              Defendant.        )
                                  )
16  _____ )

17
```

18      RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant

19 Federal Defender, and the United States Government, by and through its

20 counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate

21 and agree to vacate the previously scheduled preliminary hearing date

22 of October 25, 2006 and set a preliminary hearing date of October 31,

23 2006 at 2:00 p.m..

24      A continuance is necessary to allow defense counsel time to

25 complete its investigation regarding the percipient witnesses to the

26 alleged offense, and to allow defense counsel time to gather

27 information about the defendant that may be pertinent to sentencing,

28 specifically, information relevant to defendant's recent completion of

1  drug rehabilitation.

2      IT IS STIPULATED that the period from the signing of this Order,
3  2006 through and including October 31, 2006 be excluded in computing
4  the time within which trial must commence under the Speedy Trial Act,
5  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
6  ongoing preparation of counsel. The government fully concurs with this
7  request.

8  Dated:  October 24, 2006

9                                          Respectfully submitted,

10                                         DANIEL BRODERICK
                                           Federal Defender
11

12                                         /s/ Caro Marks
                                           _____
13                                         CARO MARKS
                                           Assistant Federal Defender
14                                         Attorney for Defendant
                                           RONALD SANCHEZ
15

16 Dated:  October 25, 2006

17                                         MCGREGOR SCOTT
                                           United States Attorney
18

19                                         /s/ Jason Hitt
                                           _____
20                                         JASON HITT
                                           Assistant U.S. Attorney
21

22                              **ORDER**

23 **IT IS SO ORDERED.**

24 Dated: October 25, 2006
                                           _____
25                                         U.S. MAGISTRATE JUDGE

26

27

28

Stipulation & Order                   2