```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. MAG-06-133 GGH/EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| | ) Date: December 15, 2006 |
| RONALD SANCHEZ, | ) Time: 2:00 p.m. |
| | ) Judge: Edmund F. Brennan |
| Defendant. | ) |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of December 1, 2006 and set a preliminary hearing date of December 15, 2006 at 2:00 p.m..

A further continuance is necessary to allow defense counsel time to complete its investigation regarding the percipient witnesses to the alleged offense, and to allow defense counsel time to gather information about the defendant that may be pertinent to sentencing, specifically, information relevant to defendant's recent completion of

1 | drug rehabilitation.

2 |     IT IS STIPULATED that the period from the signing of this Order,
3 | 2006 through and including December 15, 2006 be excluded in computing
4 | the time within which trial must commence under the Speedy Trial Act,
5 | pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
6 | ongoing preparation of counsel. The government fully concurs with this
7 | request.

Dated: December 1, 2006

                          Respectfully submitted,

                          DANIEL BRODERICK
                          Federal Defender

                          /s/ Caro Marks
                          _____
                          CARO MARKS
                          Assistant Federal Defender
                          Attorney for Defendant
                          RONALD SANCHEZ

Dated: December 1, 2006

                          MCGREGOR SCOTT
                          United States Attorney

                          /s/ Jason Hitt
                          _____
                          JASON HITT
                          Assistant U.S. Attorney

                                     **ORDER**

**IT IS SO ORDERED.**

Dated:  December 1, 2006.            *[signature: Edmund F. Brennan]*

                          _____
                          EDMUND F. BRENNAN
                          U.S. Magistrate Judge