```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8                   IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   NO. MAG-06-133 GGH/EFB
                                 )
12              Plaintiff,       )   STIPULATION AND           ORDER
                                 )
13       v.                      )
                                 )   Date:  February 26, 2007
14  RONALD SANCHEZ,              )   Time:  2:00 p.m.
                                 )   Judge: Gregory G. Hollows
15              Defendant.       )
                                 )
16  _____  )

17
```

18      RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant
19 Federal Defender, and the United States Government, by and through its
20 counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate
21 and agree to vacate the previously scheduled preliminary hearing date
22 of January 19, 2007 and set a preliminary hearing date of February 26,
23 2007, at 2:00 p.m..
24      A further continuance is necessary to allow defense counsel time
25 to complete its investigation pertinent to sentencing, specifically,
26 information relevant to defendant's recent completion of drug
27 rehabilitation, and to determine a pre-indictment resolution.
28      IT IS STIPULATED that the period from the signing of this Order,

1  through and including February 26, 2007, be excluded in computing the
2  time within which trial must commence under the Speedy Trial Act,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
4  ongoing preparation of counsel. The government fully concurs with this
5  request.
6  Dated: January 19, 2007

7                                          Respectfully submitted,

8                                          DANIEL BRODERICK
                                           Federal Defender
9

10                                         /s/ Caro Marks

11                                         CARO MARKS
                                           Assistant Federal Defender
12                                         Attorney for Defendant
                                           RONALD SANCHEZ
13

14 Dated: December 1, 2006

15                                         MCGREGOR SCOTT
                                           United States Attorney
16

17                                         /s/ Jason Hitt

18                                         JASON HITT
                                           Assistant U.S. Attorney
19

20                           **ORDER**

21 **IT IS SO ORDERED.**
22 Dated: 1/26/07

23                                         GREGORY G. HOLLOWS

24                                         U.S. Magistrate Judge

25
26
27
28

Stipulation & Order Sanchez                2