1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. MAG-06-133 GGH/EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| | ) Date:  May 23, 2007 |
| RONALD SANCHEZ, | ) Time:  2:00 p.m. |
| | ) Judge: Gregory G. Hollows |
| Defendant. | ) |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of April 23, 2007 and set a preliminary hearing date of May 23, 2007, at 2:00 p.m..

A further continuance is necessary to finish negotiating the plea agreement in this case. Specifically, the defendant intends to enter a guilty plea, and then to move for a variance from his guidelines sentence on grounds of post-offense rehabilitation. The parties are negotiating the terms of the plea agreement governing this variance

motion, and request a final continuance to resolve and memorialize this portion of the plea agreement. The parties anticipate the defendant will enter a guilty plea at the next court hearing.

IT IS STIPULATED that the period from the signing of this Order, through and including May 23, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: April 19, 2007

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /s/ Caro Marks
    _____
    CARO MARKS
    Assistant Federal Defender
    Attorney for Defendant
    RONALD SANCHEZ

Dated: April 23, 2007

    MCGREGOR SCOTT
    United States Attorney

    /s/ Jason Hitt
    _____
    JASON HITT
    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: April 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sanchez0133.ord

2