1 | McGREGOR W. SCOTT
United States Attorney
2 | JASON HITT
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2751

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    )      Mag. No. 06-MJ-0133 GGH
                                 )
11 |                Plaintiff,    )      STIPULATION AND ORDER
                                 )      CONTINUING PRELIMINARY HEARING
12 |         v.                   )      DATE
                                 )
13 | RONALD SANCHEZ,              )
                                 )
14 |                Defendant.    )
     _____ )

15 |        Plaintiff, United States of America, by its counsel,

16 | Assistant United States Attorney Jason Hitt, and defendant Ronald

17 | Sanchez, by his counsel, Caro Marks, Esq., hereby stipulate and

18 | agree that the currently-set preliminary hearing date of July 23,

19 | 2007, at 2:00 p.m. should be continued to August 23, 2007, at

20 | 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

21 |        Good cause exists to extend the time for the preliminary

22 | hearing within meaning of Rule 5.1(d) because the parties have

23 | reached a pre-indictment resolution of the case against Mr.

24 | Sanchez.  Mr. Sanchez recently successfully completed a drug

25 | treatment program and the parties are seeking to have the matter

26 | set for a change of plea on an information before a United States

27 | District Judge during the week of August 6, 2007.

28 | / / /

1

1    Counsel further stipulate that an exclusion of time from

2    July 23, 2007, until August 23, 2007, is appropriate under the

3    Speedy Trial Act because the government has produced discovery

4    and is completing a proposed plea agreement to counsel for the

5    defendant and defense counsel needs time to review the material

6    and discuss the significance of the discovery and the forthcoming

7    plea agreement with the defendant.  As a result, counsel for both

8    parties believe time should be excluded under Local Code T4 to

9    allow reasonable time to prepare defense of the case.  18 U.S.C.

10   § 3161(h)(8)(B)(iv); see Local Code T4.

11

12   Dated: July 23, 2007              /s/ Jason Hitt
                                       JASON HITT
13                                     Assistant U.S. Attorney

14

15   Dated: July 23, 2007              /s/ Jason Hitt
                                       Telephonically authorized by
16                                     Ms. Marks to sign on 07-23-07
                                       CARO MARKS, ESQ.
17                                     Counsel for RONALD SANCHEZ

18

19

20

21

22

23

24

25

26

27

28

1 _____

2 **ORDER**

3    Based upon the representations by counsel and the

4 stipulation of the parties, IT IS HEREBY ORDERED that:

5    1.   The Court finds good cause to extend the Preliminary

6 Hearing currently set for July 23, 2007, to August 23, 2007, at

7 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

8    2.   Based upon the above representations and stipulation of

9 the parties, the Court further finds that the ends of justice

10 outweigh the best interest of the public and the defendant in a

11 speedy trial.  Accordingly, time under the Speedy Trial Act shall

12 be excluded through August 23, 2007.

13

14    IT IS SO ORDERED.

15 Date: 7/23/07              /s/ Gregory G. Hollows

16                           _____
                             UNITED STATES MAGISTRATE JUDGE

17 sanchez.eot

18

19

20

21

22

23

24

25

26

27

28