```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD SANCHEZ,<br><br>  Defendant. | NO. MAG-06-133 GGH/EFB<br><br>STIPULATION AND ORDER<br><br>Date:  September 21, 2007<br>Time:  2:00 p.m.<br>Judge: Gregory G. Hollows |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of August 23, 2007 and set a preliminary hearing date of September 21, 2007, at 2:00 p.m..

A further continuance is necessary to allow the parties to complete their negotiations of that portion of the plea agreement that contemplates the defense moving for a variance based on defendant's post-offense rehabilitation.

/////

IT IS STIPULATED that the period from the signing of this Order, through and including September 21, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: August 23, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RONALD SANCHEZ

Dated: April 23, 2007

                                        MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

DATED: August 23, 2007.

                                        _____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sanchez0133.stipord

2