```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RONALD SANCHEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  NO. MAG-06-133 GGH
                                  )
12              Plaintiff,        )  STIPULATION AND ORDER
                                  )
13       v.                       )
                                  )  Date:  November 5, 2007
14  RONALD SANCHEZ,               )  Time:  2:00 p.m.
                                  )  Judge: Gregory G. Hollows
15              Defendant.        )
                                  )
16  _____)

17
```

18    RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant
19 Federal Defender, and the United States government, by and through its
20 counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate
21 and agree to vacate the previously scheduled preliminary hearing date
22 of October 5, 2007 and set a preliminary hearing date of November 5,
23 2007, at 2:00 p.m..

24    A further continuance is necessary to allow the parties to
25 complete their negotiations of that portion of the plea agreement that
26 contemplates the defense moving for a variance based on defendant's
27 post-offense rehabilitation.

28 /////

1     IT IS STIPULATED that the period from the signing of this Order,
2 through and including November 5, 2007, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
5 ongoing preparation of counsel. The government fully concurs with this
6 request.
7 Dated: October 4, 2007

                    Respectfully submitted,

                    DANIEL BRODERICK
                    Federal Defender

                    /s/ Caro Marks
                    _____
                    CARO MARKS
                    Assistant Federal Defender
                    Attorney for Defendant
                    RONALD SANCHEZ

15 Dated: October 4, 2007

                    MCGREGOR SCOTT
                    United States Attorney

                    /s/ Jason Hitt
                    _____
                    JASON HITT
                    Assistant U.S. Attorney

21              **ORDER**

22 **IT IS SO ORDERED.**
23 Dated:  October 4, 2007.

                    _____
                    U.S. MAGISTRATE JUDGE