1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RONALD SANCHEZ

   IN THE UNITED STATES DISTRICT COURT

   FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 06-MJ-0133 GGH/EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | Date:  December 5, 2007 |
| RONALD SANCHEZ, | ) | Time:  2:00 p.m. |
| | ) | Judge: Edmund F. Brennan |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of November 5, 2007 and set a preliminary hearing date of December 5, 2007, at 2:00 p.m..

A further continuance is necessary to allow the parties to complete their negotiations of that portion of the plea agreement that contemplates the defense moving for a variance based on defendant's post-offense rehabilitation.

/////

1

IT IS STIPULATED that the period from the signing of this Order, through and including December 5, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: November 2, 2007

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /s/ Caro Marks
    _____
    CARO MARKS
    Assistant Federal Defender
    Attorney for Defendant
    RONALD SANCHEZ

Dated: November 2, 2007

    MCGREGOR SCOTT
    United States Attorney

    /s/ Jason Hitt
    _____
    JASON HITT
    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: November 2, 2007.

    _____
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sanchez0133.stipord(2)

2