1 DANIEL BRODERICK, Bar #89424
Federal Defender
2 CARO MARKS, Bar #159267
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
RONALD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. MAG-06-133 GGH/EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| | ) Date: January 14, 2008 |
| RONALD SANCHEZ, | ) Time: 2:00 p.m. |
| | ) Judge: Gregory G. Hollows |
| Defendant. | ) |

RONALD SANCHEZ, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of January 2, 2008 and set a preliminary hearing date of January 14, 2008, at 2:00 p.m..

A further continuance is necessary to allow the parties to complete their negotiations of that portion of the plea agreement that contemplates the defense moving for a variance based on defendant's post-offense rehabilitation.  Defense counsel also begins a jury trial and will only be available on Mondays.

1   IT IS STIPULATED that the period from the signing of this Order,
2 through and including January 14, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
5 ongoing preparation of counsel. The government fully concurs with this
6 request.

7 Dated: December 21, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RONALD SANCHEZ

15 Dated: December 21, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/21/07        /s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

sanchez133.eot

Stipulation & Order Sanchez                2